JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA LEES-SCHOELKOPF, et al., | Case No. CV 26-1127-MWF(MAAx) |
| Plaintiffs, | ORDER GRANTING JOINT STIPULATION FOR DISMISSAL |
| v. | |
| THE SHASTA REGIONAL MEDICAL CENTER NON-UNION AND SHASTA REGIONAL MEDICAL GROUP EPO 4 MEDICAL PLAN AND PRESCRIPTION DRUG BENEFITS PLAN, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Stipulation for Dismissal. (Docket No. 24). For good cause shown and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED in its entirety with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 25, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-